AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:23-cr-00008 |
| v. | ) Assigned To : Chief Judge Beryl A. Howell |
| BARRY BRYANT | ) Assign. Date : 1/5/2023 |
| | ) Description: INDICTMENT (B) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BARRY BRYANT

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
18 U.S.C. § 922(g)(1) - Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana)
FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a) and (p), and 28 U.S.C. § 2461(c)

Date: 01/05/2023

Digitally signed by G. Michael Harvey
Date: 2023.01.05 13:41:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC              G. Michael Harvey, U.S. Magistrate Judge
                                              *Printed name and title*

### Return

This warrant was received on *(date)* 1/5/2023, and the person was arrested on *(date)* 10/5/2023
at *(city and state)* Washington, DC

Date: 10/5/2023

*Arresting officer's signature*
DAVID E. EVANS ATF TFO

DAVID E. EVANS ATF
*Printed name and title*